# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA
### 475 MULBERRY STREET
### POST OFFICE BOX 838
### MACON, GEORGIA 31202

CHAMBERS OF
HUGH LAWSON
CHIEF JUDGE

AREA CODE 478
TEL: 752-3591

July 23, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, D.C.  20544

RE: Calendar Year 2006 Filing
Hugh Lawson

RECEIVED 2007 AUG 10 A 10: 42 FINANCIAL DISCLOSURE OFFICE

Dear Committee:

I send you this letter in response to your request for additional information in my 2006 Financial Disclosure Report.

I respond to the request as follows:

1) Part VII, page 5, line 16 for "Subdivision, Pulaski County, Georgia Und. Interest" -
Column B(2) Income Type should read "Sales".

2) Part VII, page 6, line 30 for "Capital World Growth & Income Fund CL-B" -
The investment company sponsoring this fund is "American Funds".

Enclosed are two additional copies of this letter as required by the Committee. If any further information is needed, please let me know.

Sincerely



Hugh Lawson

HL/npb
enclosures 2

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, Jr., Roger H | Middle District, Georgia | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY 21 A 10: 27 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Georgia Judicial Retirement System | $ 84,415 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Teacher's Retirement System of Georgia |
| 2. 2006 | First United Methodist Church |
| 3. 2006 | Social Securtiy Administration |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A METTING HELD IN GREENSBORO/LAKE OCONEE, GEORGIA IN FEBRUARY 17TH--$168 |
| 2. | DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN ALBANY, GEORGIA ON APRIL 10TH--$76 |
| 3. | DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN ALBANY, GEORGIA ON AUGUST 31ST--$128 |
| 4. | DISTRICT COURT | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN ALBANY, GEORGIA ON NOVEMBER 17TH--$132 |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/14/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. AMSouth Bancorporation Common Stock | B | Dividend | L | T | MERGER | | | | |
| 3. Coca-Cola Common Stock | A | Dividend | K | T | | | | | |
| 4. Peach State Reserves | | | | | | | | | |
| 5. --Georgia Fixed Income Option | | None | K | T | ROLLOVER | 09/19 | L | | |
| 6. Salomon Smith Barney IRA | | | | | | | | | |
| 7. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 8. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 9. Salomon Smith Barney IRA | | | | | | | | | |
| 10. --Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 11. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 12. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 13. ▬▬▬▬▬Pulaski County, GA | C | Rent | M | T | | | | | |
| 14. Evergreen Investment-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 15. ▬▬▬▬▬Hawkinsville, GA. | C | Rent | K | W | | | | | |
| 16. ▬▬▬▬▬Pulaski County, Georgia Und. Interest | D | | K | W | | | | | |
| 17. ▬▬▬▬▬▬▬▬ | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Hawkinsville, GA. Und. Inter | | | | | | | | | |
| 18. Salomon Smith Barney | | | | | | | | | |
| 19. --Citibank NA | A | Interest | J | T | | | | | |
| 20. --Ariba Inc. New | | None | J | T | | | | | |
| 21. --Lucent Technologies, Inc. | | None | J | T | MERGER | 12/01 | J | A | ALCATEL-LUCENT |
| 22. --Nuveen Georgia Muni Bond Fund | D | Dividend | M | T | BUY | VARIO | J | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Salomon Smith Barney | | | | | | | | | |
| 25. --Citibank NA | A | Interest | J | T | | | | | |
| 26. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 27. --American Intl Group Inc Common | A | Dividend | J | T | SELL | 07/25 | J | A | |
| 28. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 29. --Chesapeake Energy Corp | A | Dividend | K | T | SELL | 07/25 | K | D | |
| 30. --Capital World Growth & Income Fund Cl B | A | Dividend | J | T | | | | | |
| 31. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 32. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 33. --Coca-Cola Co. Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lawson, Jr., Roger H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  --General Electric Co., Common | A | Dividend | J | T | | | | | |
| 35.  --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 36.  --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 37.  --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 38.  --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 39.  --Intel Corp. Common | A | Dividend | J | T | | | | | |
| 40.  --Kripsy Kreme Doughnuts, Inc. | | None | J | T | SELL | 07/25 | J | A | |
| 41.  --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 42.  --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 43.  --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 44.  --Merck & Co. Inc. Common | A | Dividend | J | T | SELL | 07/25 | J | A | |
| 45.  --Merrill Lynch & Co., Inc. Common | A | Dividend | J | T | | | | | |
| 46.  --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 47.  --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 48.  --Schering Plough Corp. Common | A | Dividend | J | T | | | | | |
| 49.  --Legg Mason Partners Agressive Growth Fund Cl B | | None | J | T | | | | | |
| 50.  --Legg Mason Partners Appreciation Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | CL B | | | | | | | | | |
| 51. | --Legg Mason Partners Small Cap Value Fund Class B | A | Dividend | J | T | | | | | |
| 52. | --Legg Mason Partners Fundamental Value Fund Cl A | B | Distribution | K | T | | | | | |
| 53. | --Legg Mason Partners Dividend & Income Fund Class B | A | Dividend | K | T | | | | | |
| 54. | --Van Kampen Equity and Income Fund Class B | B | Dividend | K | T | | | | | |
| 55. | --Washington Mutual Investors Fund Class A | D | Dividend | M | T | BUY | 07/31 | L | | |
| 56. | --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 57. | --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 58. | --Nasdaq 100 Trust Ser I | A | Dividend | J | T | | | | | |
| 59. | --Microsoft Corp | A | Dividend | J | T | SELL | 07/25 | J | A | |
| 60. | --Regions Financial Corp | | None | L | T | Partial Sale | 11/06 | J | A | |
| 61. | --Lincoln Asset Allocation | | None | K | T | BUY | 09/19 | K | | |
| 62. | --Lincoln DCA Ficed | | None | K | T | BUY | 09/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L=$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 9 of 10 | Name of Person Reporting<br><br>Lawson, Jr., Roger H | Date of Report<br><br>05/14/2007 |
|---|---|---|

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 8--Line 60-- Stock acquired from merger with AMSouth Bancorporation Common Stock.

Page 8--Line 60-- Partial Sell resulted from Cash in Lieu of

Page 5--Line 5--Items sold and proceeds rolled to IRA account.

Page 7 & 8--Lines 49 to 53-- Named changed from Smith Barney to Legg Mason Partners.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____6/15/07____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544